**Order entered December 29, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01384-CV

### IN THE INTEREST OF K.V.K., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

We **GRANT** appellee's December 23, 2014 motion for an extension of time to file his notice of cross-appeal. The notice of cross-appeal filed by appellee on November 24, 2014 is deemed timely for jurisdictional purposes.

/s/     ELIZABETH LANG-MIERS
        JUSTICE